AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Jonathan Francis Speidel<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:22-mj-346<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 16, 2022__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1), (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Chris Thomas, FBI Task Force Officer
Printed name and title

Date: May 31, 2022

_____
Judge's signature

City and state:  Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
Printed name and title

FILED
By: Clerk's Office, Southern District of Iowa
9:39 am, May 31 2022