IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** | ) ) ) ) ) ) | Case No. 4:22-mj-346<br><br>**FILED UNDER SEAL** |

## INTRODUCTION AND AGENT BACKGROUND

I, Chris Thomas, having been duly sworn on oath, do depose and state as follows:

1. I am a Special Agent with the Iowa Department of Public Safety, Division of Criminal Investigation (DCI) and have been since April 2006. I have successfully completed twenty weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. Since November 2013, as part of my duties as a DCI agent, I am assigned to the DCI Cyber Crime Unit and the Iowa Internet Crimes Against Children (ICAC) Task Force. I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and criminal violations pertaining to Iowa Code 728. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256, and as in Iowa Code 728) in all forms of media including computer media. In my previous

FILED
By: Clerk's Office, Southern District of Iowa
9:57 am, May 31 2022

assignment, I was assigned to the DCI Major Crime Unit, in which I also investigated criminal violations relating to child exploitation and child pornography, but also received training in and was assigned investigations of, but not limited to, death and homicide investigations, violent crime offenses, assault offenses, fraud, and sexual based crimes. I was also previously assigned as a Federal Task Force Officer to the United States Internal Revenue Service-Criminal Investigations. From February 2014 to approximately November 2016, I was sworn and was a part of the FBI Cyber Task Force based in Omaha, Nebraska, in which I was assigned cases involving criminal computer intrusions. In my work with regard to child exploitation and pornography, I have sought and obtained multiple search warrants, which have resulted in the seizure of materials associated with child exploitation and pornography.

2. I am a sworn Task Force Officer with the Federal Bureau of Investigation (FBI) Child Exploitation Task Force. As part of my current duties, since approximately July 2017, I have been a part of the FBI's Child Exploitation Task Force based in Omaha, Nebraska.

3. **Federal Authority.** As a result of my involvement with the FBI Child Exploitation Task Force, I have received special federal deputation authority, which among other things, allows me to seek and execute arrest and search warrants supporting a federal task force.

4. **Sources of Information Supporting Probable Cause.** The facts in this Affidavit come from my personal observations and investigation, my training and

experience, and information obtained from other agents and witnesses, including specifically DCI Special Agent (SA) Hai Tran, the National Center for Missing and Exploited Children (NCMEC), and electronic service providers.

5. Because the information in this Affidavit is provided for the limited purpose of establishing probable cause that **Jonathan Francis SPEIDEL** committed the below-described offense, I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

6. As will be shown, there is probable cause to believe that Jonathan Francis SPEIDEL, on or about February 16, 2022, committed the offense of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

## BACKGROUND INFORMATION ON SNAP INC. AND SNAPCHAT

7. This investigation includes the suspect's utilization of the online service "Snapchat" provided by Snap Inc. The following is background information on Snap Inc. and Snapchat.

8. Snap Inc. is an American camera and social media company headquartered in Santa Monica, California. Snapchat is a mobile app offered by Snap Inc., which is available from the iPhone App Store or through the Google Play Store.

Snapchat is an all-in-one cross-platform communication application that allows users to text, voice, and video chat with other users. Snapchat was designed for use on mobile devices, supporting iOS and Android. Users can communicate one-on-one or in groups.

9. The application provides a way to share moments with photos, videos, and text messages.

10. Each Snapchat user has a unique username. In addition, Snap Inc. asks users to provide basic contact information to Snap Inc., either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, display/screen names, websites, and other personal identifiers. Snap Inc. also assigns a user identification number to each account.

11. Snapchat is operated by the user who takes a photo or video using their camera phone in real-time and then selects which friend(s) to send the message to. Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it is opened in the case of the recipient). Users are able to save a photo or video they have taken locally to their device or to Memories, which is Snapchat's cloud-storage. Snapchat users can also type messages, send photos, videos, audio notes and video notes to friends within the Snapchat application using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties—and both parties swipe away from the Chat screen—the message will be deleted. Within the Snapchat

application itself, a user can opt to save part of the Chat by tapping on the message they want to keep. The user can clear the message by tapping it again.

12.      Snap Inc. users can select different levels of privacy for the communications and information associated with their Snap Inc. accounts. By adjusting these privacy settings, a Snap Inc. user can make information available only to himself or herself, to particular Snap Inc. users, to all Snap Inc. users, or to anyone with access to the Internet, including people who are not Snap Inc. users. Snap Inc. accounts also include other account settings users can adjust to control, for example, the types of notifications they receive from Snap Inc.

13.      Snap Inc. also retains Internet Protocol (IP) logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Snap Inc., including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Snap Inc. profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

## BACKGROUND INFORMATION ON NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN (NCMEC) CYBER TIPS

14.      Online photo storage and sharing has grown exponentially in recent years, and with it, so has the online manufacture and distribution of child sexual abuse material. NCMEC is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. NCMEC's Child

Victim Identification Program has reviewed and analyzed more than 147 million child sexual abuse images and videos since 2002.

15.      Federal agencies, including FBI, and DCI (specifically DCI's ICAC Task Force) receive Cyber Tips from NCMEC, and NCMEC in cooperation with law enforcement agencies work together with shared access to information to fight Internet crimes against children.

16.      The Cyber Tip Line administered by NCMEC offers a means of reporting incidents of child sexual exploitation including the possession, manufacture, and/or distribution of child pornography; online enticement; child prostitution; child sex tourism; extra familial child sexual molestation; and unsolicited obscene material sent to a child. The Cyber Tip Line is staffed 24 hours a day, 7 days a week.

17.      Title 42, United States Code, Section 13032(b)(1) requires an Internet Service Provider (ISP) to report child pornography, and child sexual exploitation, directly to the Cyber Tip Line. Cyber Tip Line operators review and prioritize each lead.   NCMEC's Exploited Child Division analyzes tips and conducts additional research. The information becomes accessible to pertinent law enforcement agencies and, when appropriate, to the relevant ISP, via a secure Web connection. The end result is a numbered NCMEC CyberTipLine Report.

18.      Many technology companies and ISPs have partnered with NCMEC using PhotoDNA technology. PhotoDNA is signature-based image matching technology developed by Microsoft to help hosted service providers find, remove, and report some of the worst known images of child pornography circulating online.

PhotoDNA converts images into a grayscale format with uniform size, then divides the image into squares and assigns a numerical value that represents the shading found within each square. Together, those numerical values represent the "PhotoDNA signature" (or hash) of an image, which can then be compared to signatures of other images to find copies of a given image with extraordinary accuracy.

19.     NCMEC has created and maintains a list of PhotoDNA signatures for child sexual abuse imagery. This signature list is then shared with hosted service providers who participate in the program, who then report to the NCMEC Cyber Tip Line as required by federal law (18 U.S. Code § 2258A).

## PROBABLE CAUSE

20.     **Defendant:** The defendant in this investigation is Jonathan Francis SPEIDEL (DOB XX/XX/1991).

21.     **Venue:** The facts and circumstances alleged in this Affidavit occurred within the Southern District of Iowa, namely, in West Des Moines, Iowa, located in Polk County, Iowa.

22.     **Offense:** On or about February 16, 2022, SPEIDEL committed the offense of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1). That statute makes it a federal criminal offense for any person to knowingly transport child pornography (as that term is defined in 18 U.S.C. § 2256(8)) using any means or facility of interstate or foreign commerce or in or affecting interstate commerce by any means, including by computer.

23.     **Criminal Conduct:** Multiple law enforcement agencies have been conducting investigations into SPEIDEL's criminal conduct with minors throughout the country. I have reviewed materials collected as part of those investigations and/or spoken with the investigating officers.

24.     **NCMEC notifies the ICAC Task Force that a Snapchat account later determined to be linked to SPEIDEL transported child pornography.** On February 18, 2022, NCMEC received information from Snap Inc. regarding a Snapchat user trafficking child pornography. NCMEC generated a CyberTipline (CT) Report with the number 118004633. Based upon the geo-location of the IP address associated with the tip, NCMEC sent the tip to the ICAC Task Force for follow up and additional investigation. Along with basic subscriber information, Snapchat submitted as part of the tip a video that was sent by the Snapchat user to another user. I have viewed the CT Report and the accompanying video file.

25.     The CT Report lists the incident information as Child Pornography (possession, manufacture, and distribution). The incident date is listed as 02-17-2022 at 2:14:11 UTC (which in central standard time, is February 16, 2022, at 21:14:11). The description of incident time states "The Incident Date Time value is when the most recent media file being reported was uploaded by the reported user."

26.     The CT Report lists the Suspect information as follows:

| | |
|---|---|
| Phone: | +19713466943 |
| Date of Birth: | 01-17-2000 |
| Screen/User Name: | sd_backupacct |
| IP Address: | 173.29.184.33 on 2-17-2022 02:14:11 UTC |

Additional Information: The account identifier provided is a "username" which should be provided when seeking data.

27. The uploaded file information, the video file accompanying the CT Report, is described as the following:

Filename: sd_backupacct-None-5c9adca8-e6ab-5f7c-a06c-0506fc8ea7dd~161-bd2be610d0.mp4

MD5: dc0c5dec39e9330cc1f5494a5fd04fd3

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)
Were entire contents of uploaded file publicly available? Yes

Additional Information: 2022-02-17T05:46:26Z this timestamp is when the user sent this media file

28. I have viewed the video file associated with the tip. The video is 44 seconds long. The video depicts a minor female, around the age of 10 to 12. The minor female is performing oral sex on an adult male's erect penis.

29. The IP address associated with the tip belongs to Mediacom Communications Corporation. As part of a separate, but related, investigation (discussed further below), Detective Jeff Richards from the North Olmsted Police Department in North Olmsted, Ohio, on August 4, 2021, submitted a subpoena to Mediacom requesting the subscriber information for the account holder linked to the IP address linked to the NCMEC tip. On August 13, 2021, Mediacom provided responsive documents, which I have reviewed. The documents indicated that the account had a service address of 412 53rd Place, West Des Moines, Iowa 50266. The account holder was James Hall. Trusted open-source law enforcement tools indicated

that three people may reside at that address: James L. Hall, Susan J. Hall, and Jonathan F. SPEIDEL.

30. A records check through the Iowa Department of Transportation determined that Jonathan Francis SPEIDEL registered a vehicle to the property located at 412 53rd Place, West Des Moines, Iowa.

31. On March 30, 2022, DCI ICAC executed a state search warrant[1] at 412 53rd Place, West Des Moines, Iowa, SPEIDEL's residence. SPEIDEL and James Hall were present at the home at the time the search warrant was executed. SPEIDEL was found in the downstairs basement bedroom, laying on the bed, when law enforcement made entry. That bedroom was determined to be SPEIDEL's.

32. SA Tran interviewed SPEIDEL. During the conversation, SPEIDEL mentioned that he and his father, James Hall, lived at the residence at 412 53rd Place in West Des Moines. SPEIDEL also admitted that his phone number is (971) 346-6943, the phone number associated with the NCMEC CT Report. SPEIDEL terminated the interview when SA Tran asked if there was any child pornography on SPEIDEL's phone or devices inside the residence.

33. SPEIDEL's father, James Hall, also spoke briefly with officers and indicated that he and SPEIDEL were the only people residing at the home.

34. **SPEIDEL's devices contain child pornography.** Several devices were seized from SPEIDEL's bedroom at the residence during the search on

---

[1] For the avoidance of doubt, probable cause for the state search warrant was not based on information provided in the NCMEC CT Report. Instead, the warrant was based primarily on investigation conducted by the North Olmsted Police Department, as discussed elsewhere in this Affidavit.

March 30, 2022.  DCI SA Jason Owens is forensically examining all the seized devices, and his examination of all the devices is not yet complete. But SA Owens has been able to find multiple files depicting child pornography on some of the devices he has examined to date. Some of those files are described below:

35.        One of the devices seized from SPEIDEL's bedroom (in the closet) was a Sony Vaio PCV-RX470DS tower, serial number 28400230 3006910. The tower contained multiple files of child pornography. One of those files was named "amanda 01(2).jpg." SA Tran has reviewed this file. SA Tran described this file as an image of a prepubescent female, under the age of 8, posing with an adult male penis. The prepubescent female has her legs spread but is not exposing her genitals. It appears that the adult male has ejaculated into the prepubescent female's mouth. The adult male's face is not shown. The adult male is not wearing any pants. This file was created on August 2, 2010, at approximately 04:48:31 UTC, and was last accessed on October 5, 2010, at approximately 10:21:48 UTC.

36.        SA Tran was able to locate another file on the tower. The file was named "pthc – capb (little boy slowly fucks little girl).mpg." SA Tran was able to review this file. SA Tran described this file as a video of a prepubescent male, under the age of 12, having vaginal sex with a prepubescent female, under the age of 12. Both children have their pants pulled down. The prepubescent female is laying on a bed and the prepubescent male is standing over her. This file was created on April 8, 2010, at approximately 12:05:12 UTC, and last accessed on October 5, 2010, at approximately 22:22:18 UTC.

37. Another device seized from SPEIDEL's bedroom during the March 30, 2022, search warrant was a Dell Inspiron 15 laptop, serial number G26S2F2. The laptop was found on the bed. The forensic examination found many files depicting child pornography. SA Tran was able to review those files. One of those files is named "680793.jpg." SA Tran described this file as a picture of a prepubescent female, under the age of 12, completely nude and laying on a bed. The prepubescent female has both of her legs tied to a metal rod that is preventing her from closing her legs. The prepubescent female's genitals are exposed; her hands are above her head, exposing her breast. The file was created on February 10, 2022, at approximately 23:57:50 UTC, and last accessed on March 9, 2022, at approximately 11:42:52 UTC.

38. **SPEIDEL has sex with a minor and, after being charged for doing so, does so again.** SPEIDEL is currently in Polk County Jail in Des Moines, Iowa, on an arrest warrant out of the state of Oregon. The Oregon arrest warrant is based on SPEIDEL's conduct in 2019, for which he was charged with two counts of sexual abuse, second degree; two counts of rape, third degree; and sodomy in the third degree.

39. SPEIDEL's criminal conduct in Oregon came to law enforcement's attention on August 24, 2019. Early that morning, Officer Andrew Hutchinson of the Gladstone (Oregon) Police Department approached a vehicle illegally parked in a local park after hours. The driver's seat was fully reclined, and SPEIDEL, who did not have a shirt on, was seated in it. A fifteen-year-old female, Minor Victim #1 (XX/XX/2004), was seated in the rear of the vehicle.

40.     Both SPEIDEL and Minor Victim #1 spoke with the officers separately while still at the park. SPEIDEL gave inconsistent stories, stating that he and Minor Victim #1 were cousins, and that they met each other on the dating app Meet Me. Minor Victim #1 revealed that she and SPEIDEL had engaged in sexual intercourse just prior to officers arriving. Minor Victim #1 disclosed further that she had sex with SPEIDEL multiple times over the preceding ten months, including when she was just fourteen years old.

41.     On Friday, May 6, 2022, SA Tran contacted Detective Anthony Fitch of the Gladstone Police Department and informed Detective Fitch that SPEIDEL was in custody in Iowa. Detective Fitch notified Minor Victim #1 and her mother of that development. Minor Victim #1 reported that, in September 2020, SPEIDEL flew from Iowa to Oregon, met Minor Victim #1 in Portland, Oregon, and drove Minor Victim #1 to a hotel in Vancouver, Washington. At the hotel, SPEIDEL had sex with Minor Victim #1, and SPEIDEL forced Minor Victim #1 to watch what Minor Victim #1 described as "child porn."

42.     **SPEIDEL uses another Snapchat account to entice minors and produce child pornography.** On June 17, 2021, D.C. went to the North Olmsted Police Department in North Olmsted, Ohio to report a possible sex crime that had occurred. Officer Margery Jones with the North Olmsted Police Department spoke with D.C. D.C. advised that her 8-year-old daughter, Minor Victim #2 (XX/XX/2012), was using Snapchat and TikTok to talk with an unknown 24-year-old male. D.C. regularly checks her daughter's phone and noticed that Minor Victim #2 was talking

to an unknown male on TikTok and had exchanged Snapchat usernames. D.C. checked Minor Victim #2's Snapchat account and noticed that the male was asking for pictures of Minor Victim #2 from the waist down and of her "princess parts." D.C. advised she immediately took away Minor Victim #2's phone and came to the police department to report the incident.

43. From a review of the messages, it was determined that the unknown male's TikTok username was "puuurrrverted" (@fr#aky dom daddy), his Snapchat username was "letssbang," and his Snapchat display name was "WASSUP." Minor Victim #2 communicated with the unknown male from June 15 to June 16, 2021.

44. D.C. showed Officer Jones the messages between her daughter and the unknown male. D.C. gave consent to the North Olmsted Police Department to search Minor Victim #2's phone, a black iPhone SE. Pictures of the TikTok and Snapchat messages were documented. The phone was impounded into evidence.

45. Officer Jones spoke with Minor Victim #2, who advised she knew that it was wrong, but she did send two pictures to the male known as Shaun: one of her face and one of her clothed in leggings and her socks. She did not send Shaun any images of herself naked.

46. On June 22, 2021, Detective Jeff Richards of the North Olmsted Police Department was assigned the case and reviewed the messages between Minor Victim #2 and the unknown male.

47. On June 23, 2021, Detective Richards spoke with D.C. and Minor Victim #2. Minor Victim #2 mentioned that she talked to three people that she didn't

know. Minor Victim #2 believes she has been talking to them for about a week prior to the interview. Minor Victim #2 stated she sent a couple pictures via Snapchat but couldn't remember what the content of the picture was.

48. On July 23, 2021, Detective Richards obtained legal process and served Snapchat that process. Snapchat responded to the legal process with subscriber information and records. Some of the records include the date and time for the interaction between Minor Victim #2 and Snapchat user account letssbang. The Snapchat user account letssbang used the IP address 173.29.184.33 to log in on the dates June 15, 2021, through June 16, 2021—the dates on which Minor Victim #2 communicated with letssbang. That was the same IP address linked to the NCMEC tip discussed above; the same IP address tied back to SPEIDEL's residence.

49. The records indicated further that the Snapchat user account letssbang was connected to the email account geminni8@gmail.com.

50. On October 12, 2021, Detective Richards obtained legal process and served Google for subscriber information pertaining to the email account geminni8@gmail.com. Google responded with records pertaining to the email account geminni8@gmail.com. Some of those records include the name for the account is Bob Sagget with a birthdate of August 16, 1964. The account listed a recovery email of jonspeidel@gmail.com.

51. Detective Richards then obtained legal process and served Google with that process for subscriber information pertaining to the email account jonspeidel@gmail.com. Google responded with records for the email account

jonspeidel@gmail.com. Some of those records indicate the name for the account is Jonathan Speidel with a birthdate of XX/XX/1991. A recovery phone number of 971-346-6943 was listed. That was the same phone number associated with the NCMEC tip discussed above, and the number SPEIDEL admitted was his.

52. On February 2, ~~2021~~ 2022 CDT | HCA, SA Tran received and reviewed the case files from Detective Richards.

53. On February 3, 2022, SA Tran reviewed the audio and video recording of Detective Richards' interview with Minor Victim #2. SA Tran also reviewed the chats between TikTok user puuurrrverted and Minor Victim #2, and the chats between Snapchat user letssbang and Minor Victim #2. Some of those records include:

54. On June 15, 2021, Minor Victim #2 began talking on TikTok with "puuurrrverted." The male asked Minor Victim #2 her age, and Minor Victim #2 answered that she was 12 years old (even though she was only 8 years old). The male responded by telling Minor Victim #2 that he had a secret to tell her; he then disclosed that he was 24 years old. The male asked Minor Victim #2 if she wanted to be friends on Snapchat and provided her with his display name "WASSUP."

55. Minor Victim #2 added the male on Snapchat. The male stated that his name was "Shaun." Shaun began calling Minor Victim #2 cute. Shaun continued to ask Minor Victim #2 if she had ever been kissed and if he could be her first kiss. Shaun then asked Minor Victim #2 to send a picture of herself from the waist down to her feet. Later, Shaun requested Minor Victim #2 flash him her "princess parts."

Shaun continued to chat with Minor Victim #2, ending with saying "Ik [I know] ur young so you've never showed anyone."

56. On February 4, 2022, SA Tran obtained and served Snapchat with a State of Iowa search warrant for records pertaining to Snapchat user account letssbang. Snapchat responded with records related to the account.

57. Snapchat username letssbang was created on November 16, 2012, with the email address geminni8@gmail.com, and the display name "Your New Sugar Daddy." Snapchat username letssbang used the IP address 173.29.184.33 (the IP address linked to SPEIDEL's residence) numerous times to log in between May 2021 and January 2022. On January 17, 2022, Snapchat username letssbang was deactivated by Snapchat administrators.

58. SA Tran was able to locate that chat message between letssbang and Minor Victim #2 that was found by Detective Richards. The chat initially started on June 15, 2021. SA Tran was unable to determine if Minor Victim #2 sent letssbang photos of herself throughout the chat. SA Tran was able to locate additional chat exchanges between Minor Victim #2, including conversations where letssbang asks Minor Victim #2 to "Show [him] [her] outfit" and says that he "can't wait until [she's] completely open with" him."

59. From his review of the Snapchat records, SA Tran was able to locate several chat messages with letssbang and additional purported minor victims, all who disclosed during the conversation that they were under the age of 18. Many of the chat messages include videos and pictures depicting prepubescent and pubescent

females fully nude and masturbating. Letssbang mentioned in some chats that his Snapchat account is a "Sugar Daddy" account and that he does not send pictures of himself because he does not want to get exposed. SA Tran also located several chat records of letssbang giving other Snapchat users and minor victims "allowance money" if they sent him explicit pictures exposing their genitals or breast. These payments were purportedly sent on Cash App. Some of the conversations between letssbang and other minor victims appear below.

60. The following exchange occurred on May 2, 2021, between letssbang and another user, referred to herein as User 1, who letssbang indicated was just 14 years old:

User 1: Can you at least tell me your name **Big eye face and praying hand emoji**

User 1: Can I see what you look like pls **3x praying hand emoji**

Letssbang: If you show me the yucky stuff I'll send ya a selfie

User 1: Lmaoooo

User 1: I don't know you thoooo

61. SA Tran was able to locate a video file that was sent by User 1 to letssbang. Letssbang saved this video. The file depicts a video of a female exposing her buttocks in a lascivious manner. The face of the female is not shown. SA Tran was able to locate more pictures User 1 sent to letssbang.

62. The following exchange occurred on May 3, 2021:

Letssbang: Show daddy his fav outfit

User 1: Mmhmm

User 1: Just like you like it

User 1: Hmm one handed what'd the other doin

User 1: Of course daddy

Letssbang: Are you in middle school? **Smiley face emoji**

User 1: Yeah if it's yours

User 1: No

User 1: Be rough

User 1: Fuck me hard case I;m a bad girl

User 1: Pick me up and fuck me...

User 1: Hard

Letssbang: Dirty little girl **3x devil horn emoji**

Letssbang: I love when you beg

User 1: I haven't shaved my kitty it a long time

User 1: I'd swallow all off my daddy's cum

User 1: Then we'd go again

User 1: Oh fuck

User 1: That's sexy dad

Letssbang: I feel how tight it grips my older cock

Letssbang: Fuck. Call me that more

User 1: What position would I be in

User 1: Dad

User 1: Can you come in close and fuck me hard while I scratch your back with pleasure dad?

Letssbang: It might not all fit tho princess. You're just a little girl **2x heart emoji**

User 1: Wait, how young have you had

Minor User 1: I can't whisper my other dad is right next door

Letssbang: Then just finger for dad

Letssbang: Just feel you under all that spandexz

User 1: Should you fuck me hard dad?

Letssbang Just grope you and squeeze your small body

Letssbang: I want yo. I wanna feel your 14yr old pussy grip my dad cock

User 1: And give me your monster cock

User 1: It's so big I wanna shove it in me so far I feel it in my stomach

User 1: Dad

User 1: Yes dad

User 1: I wanna have your friends join and use all my holes

Letssbang: So many adults touching your young body...

Letssbang: You want me to cum in you all night?

User 1: Load me up and I'll be your cum slut

Letssbang: Your my underage slave **Laughing face emoji and angel face emoji**

Letssbang: Can I fuck your **2x cat emoji** while your friends suck my balls?

User 1: Yes dad

User 1: You can fuck me and my friends

Letssbang: You have any freaky or young ass friends

63. On May 3, 2021, letssbang sent a video file to User 1. The file is a video of an adult male masturbating. The face of the male is not shown. The video is approximately 10 seconds long.

64. The following exchange occurred on May 10, 2021:

Letssbang: Would you be okay with Jerking me into a hairless pussy?

Letssbang: Lowkey you can eat it when it starts coming out…

User 1: Don't be mad at me dad, but when we are talking I only want you to talk about me because I get jealous and I'm selfish

Letssbang: Baby baby bay

User 1: Of course dad **Shy face emoji**

Letssbang: Would you eat it too so I could fit maybe like 2 inches in her:

Letssbang: She's rlly little but I bet my cum falls out faster that way…

User 1: Wait who are we talking about

Letssbang: Just any lil girl if u would jerk me inside herrrr **winky face emoji**

User 1: What age?

Letssbang: Any girl that's young enough to be hairless

Letssbang: What do u think? 6th grade?

65. On May 10, 2022, letssbang sent an image file to User 1. The file is an image of an adult male penis with the caption "Full. Of. Cum."

66. SA Tran also located 14 files sent from User 1 to letssbang. One of the files is a video of a pubescent female masturbating and exposing her genitals. The video is approximately 33 seconds long. The other 13 files sent from User 1 to letssbang all depict a pubescent female exposing her genitals.

67. On May 19, 2022, SA Tran located a chat record between letssbang and another minor female, User 2. The minor appears to be 14 years of age, and the minor mentions in the chat that she is, indeed, 14. Some of those chat records are included below:

Letssbang: Can I see what u look like **Smiley face emoji**

User 2: [sends a file]

Letssbang: Cutieee!

Letssbang: Where ya from and age?

Letssbang: Its pretty late here.. I don't wanna keep you awake

User 2: I'm from Alabama. And I'm 14.

Letssbang: What a cutie

68. SA Tran was able to review the file sent from User 2 to letssbang. The video depicts a selfie of a pubescent Caucasian female, between the age of 12 and 16, using a Snapchat filter. The video is approximately one second in length.

69. On May 23, 2021, letssbang sent an image file to User 2. The image depicts an erect male penis with the caption "Morning Wood."

70. The following exchange occurred on May 24, 2021:

Letssbang: Give me a tour sweetheart

Letssbang: I have an even better jerkin vidd

Letssbang: I'll be your first right?

User 2: Mhm. But I'm bout to get some rest. I got no sleep last night

Letssbang: Just after you give me a show

Letssbang: We can both nap after we have just a little more fun

Letssbang: I wanna see you spread wide and show it off to me

Letssbang: Mmmm fuck!!

Letssbang: Are you rubbing or fingering

Letssbang: Show it in a vid so I can send you mine **Hot sweaty face, devil horn emoji**

Letssbang: I love how creamy it is omgggg

Letssbang: That pic u sent first

Letssbang: That's how it'd look if I came inside uu

Letssbang: [Sends a .mp4 file]

User 2: Damn

Letssbang: Do you want to suck on it babe? **Satisfactory face emoji**

Letssbang: Touch yourself when you think about it just image your hands on it… your tongue

Letssbang: Imagine rubbing it between your legs and into all the cream

71. SA Tran was able to review the .mp4 file. The file is a video of an adult male masturbating. The video is approximately 10 seconds in length. The face of the male is not shown.

72. On May 24, 2021, letssbang sent User 2 another .mp4 file. This file is a video depicting a selfie of an adult Caucasian male. The video is approximately 4 seconds in length. The adult male in this video closely resembles the adult male identified in Iowa driver license listed as SPEIDEL, date of birth XX/XX/1991. Letssbang also sent User 2 a second part to the video above. This second file is a video of SPEIDEL exposing his erect penis and ejaculating. SA Tran was able to locate three additional videos letssbang sent to User 2 of an erect adult male penis ejaculating.

73. The following exchange took place on May 27, 2021:

Letssbang: I'm gonna just get a hotel this summer and summer and we can meet up at the mall

Letssbang: Don't worry about that too much yet. You frr wouldn't mind being roughed upp?

Letssbang: Tell me how you hope I get rough w you...

User 2: I like rough. And you can't this summer.

User 2: We can't meet up til I'm 18.

User 2: Bc I am a legal adult then

Letssbang: Whyyy. I wanna fuck you while your young. **Disappointed face emoji**

Letssbang: How rough

User 2: Doesn't matter

Letssbang: Doesn't matter how rough?

User 2: Yup

Letssbang: I wanna see if your throat is bigh enough to let me fit my **banana emoji** in

Letssbang: Honestly even your mouth looks to small for my dick that's why I wanna see you suck ittt

User 2: Hmph. We have to wait.

Letssbang: I never showed you that vid of the 15yr old sucking my huge dick did i…

User 2: Nope

Letssbang:L She loved it

Letssbang: It was so long in her young mouth **2x smiley face emoji**

74. SA Tran was able to locate Snapchat chat records between letssbang and another Snapchat user, User 3. User 3 mentions that she is 12 years old. The following exchange took place on December 22, 2021:

Letssbang: You never hmu after the bath **Sad face emoji**

User 3I know I went to sleep **Crying face emoji**

User 3: [Sends a .jpeg file]

Letssbang: Oml princess!!! **2x heart face emoji** Is ur kitty hairless???

Letssbang: Use ur flash so I can see how bare ur lil kitty isss. I have some really clear and rlly yucky pics/vids for yaaa

December 23, 2021

Letssbang: Do you have brighter picss?

Letssbang: I have a lot of yucky stuff to show you **Hot face emoji**

User 3: [Sends a .jpeg file]

User 3: I have some but I don't have good lightning

Letssbang: Show all of em **2x hot face emoji**

Letssbang: You can take new ones soon haha

Letssbang: I just wanna see

Letssbang: If it's frr hairless could I eat it??

User 3: [Sends a .jpeg file]

Letssbang: **2x drooling face emoji**  have you ever even fit 1 finger inside? Or too tight?

User 3I have Buti don't have the video saved

Letssbang: That's fine I'm just curious **Smiley face emoji**

Letssbang: Does 1 finger hurt

User: 3Not muc

User 3: Much*

Letssbang: Oh really? Maybe we'll do

Letssbang: 1 and 2 fingers and then you can start trying like sharpies and stuff **Smirky face emoji**

Letssbang: Do you think you'd lemme eat it in real life?? **2x laughing face emoji**

User 3: Yeah ;)))

Letssbang: You all should spread really wide when I go to lick ur princess parts **2x Drooling face emoji**

User 3: I should **3x crying face emoji**

Letssbang: Try to keep them apart even when my tongue tickles ur princess parts **sigh face emoji and smirk face emoji**

User 3: I'll do anything for u too send me or luck me

Letssbang: Send you?

Letssbang: Lol buy yes!! I'm gonna help you learn to show and touch ur princess parts for me **heart emoji**

User 3: kk **2x crying face emoji**

User 3: Yeah I'm 12 but I like hard stuff**

User 3: 12

Letssbang: I like hard stuff too. Esp if I get to lick my hairless parts **Drooling face emoji**

75.      SA Tran was able to review the .jpeg files User 3 sent to letssbang. This file is an image of a prepubescent female genital exposed in a lascivious manner, and the female appears to be masturbating. The face of the female is not shown. Another file is an image of a buttocks of a younger age minor. The third file is a video of a

prepubescent female masturbating. The video is approximately 3 seconds in length. The face of the female is not shown.

**CONCLUSION**

76. The facts presented in this Affidavit are not a complete recitation of the facts known to law enforcement; rather, this Affidavit is offered solely to establish probable cause for the crimes presented in this Affidavit.

77. Based on a review of this case, and based on my knowledge, training, and experience, I submit that there is provides probable cause to believe that Jonathan Francis SPEIDEL has committed the offenses of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

May 31, 2022
Date

Chris Thomas
Task Force Officer
Federal Bureau of Investigation

This application and Affidavit were presented to me by Assistant United States Attorney Kyle J. Essley.

Subscribed and sworn to before me this 31st day of May 2022.

Helen C. Adams
Chief United States Magistrate Judge