**RECEIVED**
JUN 1 4 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-CR-082 |
| v. | INDICTMENT |
| JONATHAN FRANCIS SPEIDEL, | T. 18 U.S.C. § 2252A(a)(1) |
| Defendant. | T. 18 U.S.C. § 2252A(b)(1) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Transportation of Child Pornography)

On or about February 16, 2022, in the Southern District of Iowa, the Defendant, JONATHAN FRANCIS SPEIDEL, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a computer file, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: *Kyle J. Essley*
Kyle J. Essley
Assistant United States Attorney

1