**RECEIVED**

JUL 2 0 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-082 |
| | ) | |
| v. | ) | <u>SUPERSEDING INDICTMENT</u> |
| | ) | |
| JONATHAN FRANCIS SPEIDEL, | ) | T. 18 U.S.C. § 1470 |
| | ) | T. 18 U.S.C. § 2251(a) |
| Defendant. | ) | T. 18 U.S.C. § 2251(e) |
| | ) | T. 18 U.S.C. § 2252A(a)(1) |
| | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Receipt of Child Pornography)**

Between on or about August 18, 2009, to on or about August 8, 2010, in the

Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL,

knowingly received child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A)—namely, computer files located on a Sony computer tower, Model:

Vaio PCV-RX470DS, with serial number 28400230 3006910, within which was a

Quantum    Fireball    Plus    AS    60    GB    hard    drive,    with

P/N JP-00C246-12541-14U-237Q—that had been, using any means and facility of

interstate and foreign commerce, shipped and transported in and affecting interstate

and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and

2252A(b)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Enticement and Attempted Enticement of a Minor)**

From a date unknown but by no later than on or about November 1, 2009, to on or about May 31, 2010, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely text-message communications, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #1, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Receipt of Child Pornography)**

Between on or about September 19, 2020, to on or about March 27, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, computer files located on a Dell laptop, Model: Inspiron 15, with serial number G26S2F2, within which was a Seagate Laptop Thin HDD 500 GB hard drive, with serial number WBY7BHFY—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about May 1, 2021, to on or about May 31, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #2, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Transportation of Child Pornography)

On or about May 9, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, a computer file sent from the Snapchat account with username letssbang to Child Victim #2—using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 6</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about May 1, 2021, to on or about June 6, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #3, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
**(Transfer and Attempted Transfer of Obscene Material to a Minor)**

On or about May 3, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, by using a facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, did knowingly transfer and attempted to transfer obscene matter to another individual who had not attained the age of 16 years, namely, Child Victim #3, knowing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
**(Receipt of Child Pornography)**

On or about May 10, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, computer files sent to the Snapchat account with username letssbang from Child Victim #3—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 9</u>
**(Enticement and Attempted Enticement of a Minor)**

Between on or about May 6, 2021, to on or about August 12, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #4, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Enticement and Attempted Enticement of a Minor)

Between on or about May 18, 2021, to on or about September 7, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #5, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Transfer and Attempted Transfer of Obscene Material to a Minor)

Between on or about May 23, 2021, to on or about May 24, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, by using a facility and means of interstate and foreign commerce, namely, the Snapchat account with username letssbang, did knowingly transfer and attempted to transfer obscene matter to another individual who had not attained the age of 16 years, namely Child Victim #5, knowing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 12</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about May 27, 2021, to on or about June 6, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #6, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13
**(Transfer and Attempted Transfer of Obscene Material to a Minor)**

On or about June 4, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, by using a facility and means of interstate and foreign commerce, namely, the Snapchat account with username letssbang, did knowingly transfer and attempted to transfer obscene matter to another individual who had not attained the age of 16 years, namely Child Victim #6, knowing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
**(Enticement and Attempted Enticement of a Minor)**

Between on or about June 10, 2021, to on or about June 17, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #7, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about June 14, 2021, to on or about December 24, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #8, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 16</u>
**(Enticement and Attempted Enticement of a Minor)**

Between on or about October 30, 2021, to on or about October 31, 2021, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #9, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 17</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about November 29, 2021, to on or about January 15, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #10, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 18</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about December 7, 2021, to on or about January 4, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #11, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 19</u>
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

Between on or about December 20, 2021, to on or about January 5, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, attempted to and did employ, use, persuade, induce, entice, and coerce Child Victim #12, a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that such visual depiction was actually transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 20
**(Enticement and Attempted Enticement of a Minor)**

Between on or about January 2, 2022, to on or about January 16, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username letssbang, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #13, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 21
**(Transportation of Child Pornography)**

On or about January 16, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, a computer file sent from the Snapchat account with username letssbang to Child Victim #13—using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 22</u>
**(Enticement and Attempted Enticement of a Minor)**

On or about January 30, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username sd_backupacct, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #14, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 23</u>
**(Transportation of Child Pornography)**

On or about February 7, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, a computer file sent from the Snapchat account with username sd_backupacct to Child Victim #15— using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 24</u>
**(Receipt of Child Pornography)**

On or about February 7, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, computer files sent to the Snapchat account with username sd_backupacct from Child Victim #15—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 25
### (Enticement and Attempted Enticement of a Minor)

From a date unknown, but by on or about February 13, 2022, to on or about February 17, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, using any facility and means of interstate and foreign commerce, namely the Snapchat account with username sd_backupacct, knowingly attempted to and did persuade, induce, entice, and coerce Child Victim #16, a person he believed to have not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 26</u>
**(Transportation of Child Pornography)**

On or about February 16, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, a computer file sent from the Snapchat account with username sd_backupacct to Snapchat User #1— using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 27</u>
**(Receipt of Child Pornography)**

From on or about February 16, 2022, to on or about February 17, 2022, in the Southern District of Iowa, the defendant, JONATHAN FRANCIS SPEIDEL, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, computer files sent to the Snapchat account with username sd_backupacct from Snapchat User #1—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 28</u>
**(Possession of Child Pornography)**

On or about March 30, 2022, in the Southern District of Iowa, the defendant,

JONATHAN FRANCIS SPEIDEL, did knowingly possess material, namely:

1.  A Sony computer tower, Model: Vaio PCV-RX470DS, with serial number 28400230 3006910, within which was a Quantum Fireball Plus AS 60 GB hard drive, with P/N JP-00C246-12541-14U-237Q;

2.  A Dell laptop, Model: Inspiron 15, with serial number G26S2F2, within which was a Seagate Laptop Thin HDD 500 GB hard drive, with serial number WBY7BHFY;

3.  A Seagate external hard drive, Model: SRD0NF1, with serial number NABH2VPY;

4.  A Sandisk Ultra Plus 32 GB Micro SD card, with serial number 8073XV6226HR; and

5.  A Samsung cell phone, Model: SCH-R530, with MEID number 256691486704330067, within which was a Micro SD Card 32 GB, Model: HC, with serial number 7107DUGF20Z3,

that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

If the defendant, JONATHAN FRANCIS SPEIDEL, is convicted of any of the foregoing Counts 1 through 28 of this Indictment, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the devices listed in Count 28 of this Indictment.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kyle J. Essley
Assistant United States Attorney